**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| IO BIOTECH, INC.,[1] | Case No. 26-10457 (____) |
| Debtor. | |
| In re: | Chapter 7 |
| IO BIO US, INC., | Case No. 26-10458 (____) |
| Debtor. | |

**DECLARATION CONCERNING LIST OF CREDITORS AND CREDITOR MATRIX**

I, Mai-Britt Zocca, authorized signatory of the above-captioned debtors (each, a "**Debtor**" and together the "**Debtors**"), declare under penalty of perjury that I have reviewed the List of Creditors submitted herewith, pursuant to Rule 1007-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, containing the complete list of creditors of each Debtor, and hereby verify that the information contained therein is complete, true, and correct to the best of my knowledge.

The information contained in the List of Creditors is based on a review of each of the Debtor's books and records; the Debtors have not completed a comprehensive legal and/or factual investigation with regard to possible defenses to any claims of the potential claimants included in the List of Creditors. In addition, certain of the entities included in the List of Creditors may not hold outstanding claims as of the date hereof, and thus may not be creditors of the Debtors for

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: IO Biotech, Inc. (9276) and IO Bio US, Inc. (5623). The headquarters for the above-captioned Debtors is Ole Maaløes Vej 3, DK-2200 Copenhagen N, Denmark.

60016792.2

purposes of these chapter 7 cases, but are included herein for notice purposes out of an abundance of caution.  Therefore, the List of Creditors does not and should not be deemed to constitute: (1) an acknowledgement that any person or entity listed currently holds a claim against any of the Debtors; (2) an acknowledgement of the allowability, in whole or in part, of any claim asserted by any person or entity listed; or (3) a waiver of any right or legal position of the Debtors.

Dated: March 31, 2026

*/s/ Mai-Britt Zocca*
Mai-Britt Zocca
Authorized Signatory

60016792.2

 **STRETTO**

# Creditor Matrix

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Adapala, Ravi K | | Address on File | | | | | |
| Ahmad, Qasim I | | Address on File | | | | | |
| Alavi, Alireza | | Address on File | | | | | |
| Al-Hajj, Muhammad A | | Address on File | | | | | |
| American Type Culture Collection | Attn: Contracts, Toni M. Holland | 10801 University Blvd | | Manassas | VA | 20110-2209 | |
| Aquilo Partners, L.P. | Attn: John Rumsey, Managing Director | 601 California Street, 5th Floor | | San Francisco | CA | 94108 | |
| ARE-East River Science Park, LLC | | P.O. Box 975383 | | Dallas | TX | 75397 | |
| ARE-East River Science Park, LLC | Attention: Corporate Secretary | 26 North Euclid Avenue | | Pasadena | CA | 91101 | |
| Becton, Dickinson and Company | | 1 Becton Drive | | Franklin Lakes | NJ | 07417-1880 | |
| Bezi, Ildiko | | Address on File | | | | | |
| Biller, Megan D | | Address on File | | | | | |
| Bitar, George | | Address on File | | | | | |
| Brenner, Mitchell E | | Address on File | | | | | |
| Burkavage, Brian | | Address on File | | | | | |
| Butters, Heather M | | Address on File | | | | | |
| Chemometec | | Gydevang 43 | | Allerod | | 3450 | Denmark |
| Chen, Nam C | | Address on File | | | | | |
| Cimino, Maryann R | | Address on File | | | | | |
| Clark, Adam M | | Address on File | | | | | |
| Colbert, Dawn | | Address on File | | | | | |
| Colman, Timothy | | Address on File | | | | | |
| Contour Data Solutions, LLC | | 4259 W Swamp Rd Suite 301 | | Doylestown | PA | 18902 | |
| D'Avirro, Paul G | | Address on File | | | | | |
| De Luca, Jennifer | | Address on File | | | | | |
| Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | Dover | DE | 19904 | |
| Desmond, Denise A | | Address on File | | | | | |
| Discovery Life Sciences | | 800 Hudson Way, Suite 1700 | | Huntsville | AL | 35806 | |
| European Investment Bank | Attn: OPS/EGPF/2-DTLS/LSB | 100 Boulevard Konrad Adenauer | | | | L 2950 | Luxembourg |
| European Investment Bank | c/o Plesner | Attn: Rasmus Mandøe Jensen | Amerika Plads 37 | Copenhagen | | DK - 2100 | Denmark |
| Faulkner, Eric | | Address on File | | | | | |
| Feng, Zhongling | | Address on File | | | | | |
| Fischer, Karl | | Address on File | | | | | |
| Gallagher Fiduciary Advisors LLC | | 2850 Golf Road | | Rolling Meadows | IL | 60008 | |
| Iglesias Lozano, Marcos | | Address on File | | | | | |
| Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Irey, Richard | | Address on File | | | | | |
| Koulisis, Alexandra A | | Address on File | | | | | |
| Lam, Jessica A | | Address on File | | | | | |
| Lekstrom, Kristen | | Address on File | | | | | |
| Lu, Vickie | | Address on File | | | | | |
| Mannix, Daniel | | Address on File | | | | | |
| McDowell, Diane | | Address on File | | | | | |
| McLaughlin, Tina P | | Address on File | | | | | |

 **STRETTO**

# Creditor Matrix

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Miltenyi Biotec Inc. | | 1201 Clopper Road | | Gaithersburg | MD | 20878 | |
| Minor,  Hannah A | | Address on File | | | | | |
| Miyara,  Faical | | Address on File | | | | | |
| Mossucco,  Joanne | | Address on File | | | | | |
| New Horizon Communications (NHC) | | 200 Baker Avenue Suite 300 | | Concord | MA | 01742-2112 | |
| Nickels,  John | | Address on File | | | | | |
| Norton,  Deborah L | | Address on File | | | | | |
| Oracle America, Inc. | | 2300 Oracle Way | | Austin | TX | 78741 | |
| Pan,  Xuelei | | Address on File | | | | | |
| Patel,  Preeyam S | | Address on File | | | | | |
| Qin,  Si | | Address on File | | | | | |
| Raible,  Michael | | Address on File | | | | | |
| Rivera,  Lisa | | Address on File | | | | | |
| Roan Solutions, Inc. | | 185 Alewife Brook Parkway | Suite 414 | Cambridge | MA | 02138 | |
| Roberts Oxygen Company, Inc | 1632 E. Gude Drive, Suite 100 | | | Rockville | MD | 20850 | |
| Ruzicka,  Elizabeth A | | Address on File | | | | | |
| SAS Institute, Inc. | | SAS Campus Drive | | Cary | NC | 27513 | |
| Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | Dover | DE | 19903 | |
| Secure Waste Inc | | P.O. Box 457 | | Damascus | MD | 20872 | |
| Securities & Exchange Commission | New York Regional Office | Attn: Andrew Calamari, Regional Director | Brookfield Place 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F Street, NE | | Washington | DC | 20549 | |
| SEPPIC SA | Attn: Hannes Moeller | 75 quai d'Orsay | | Paris cedex 7 | | 75321 | France |
| Shamsaei,  Marjan | | Address on File | | | | | |
| Sherwani,  Misbah R | | Address on File | | | | | |
| Siemon-Hryczyk,  Margaret | | Address on File | | | | | |
| Slezak,  Pania | | Address on File | | | | | |
| Smith,  Devin W | | Address on File | | | | | |
| Sullivan,  Amy | | Address on File | | | | | |
| Tang,  Qin | | Address on File | | | | | |
| The Vanguard Group, Inc. | | 100 Vanguard Boulevard | | Malvern | PA | 19355-2331 | |
| Thur,  Rafaela | | Address on File | | | | | |
| Trockman,  Elyse | | Address on File | | | | | |
| Truesdale,  Jennipher | | Address on File | | | | | |
| Twinline Owner LLC | | 190 Manhattan Dr | | Boulder | CO | 80303 | |
| Twinline Owner LLC | Attn Scott A. Nudelman | 20457 Seneca Meadows Parkway | | Germantown | MD | 20876 | |
| Vendola,  Keith A | | Address on File | | | | | |
| Wang,  Bushi | | Address on File | | | | | |
| Wesa,  Amy K | | Address on File | | | | | |
| World Courier Inc (US) | | 1313 Fourth Avenue | | New Hyde | NY | 11040 | |
| Zahra,  Lauren | | Address on File | | | | | |
| Zhang, Linghui | | Address on File | | | | | |
| Zocca, Mai-Britt | | Address on File | | | | | |