**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| IO BIOTECH, INC.,[1] | Case No. 26-10457 (JKS) |
| Debtor. | |
| In re: | Chapter 7 |
| IO BIO US, INC., | Case No. 26-10458 (JKS) |
| Debtor. | |

**GLOBAL NOTES FOR SCHEDULES OF ASSETS AND**
**LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The following notes and disclosures (collectively, the "**Global Notes**") regarding the Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**SOFAs**") of the above-captioned debtors (together, the "**Debtors**") comprise an integral part of the Schedules and SOFAs and should be referred to and considered in connection with any review of them.

1.      The Debtors prepared the Schedules and SOFAs pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").  Except where otherwise noted, the information provided in the Schedules and SOFAs is presented as of March 31, 2026 (the "**Petition Date**").

2.      While the Debtors have made every reasonable effort to ensure that the Schedules and SOFAs are accurate and complete based upon information that was available to them at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information and/or further review and analysis of the Debtors' books and records may result in changes to financial data and other information contained in the Schedules and SOFAs.  Moreover, because the Schedules and SOFAs contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Schedules and SOFAs are complete or accurate.

---

[1]      The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: IO Biotech, Inc. (9276) and IO Bio US, Inc. (5623).  The headquarters for the above-captioned Debtors is Ole Maaløes Vej 3, DK-2200 Copenhagen N, Denmark.

3. Given the differences between the information requested in the Schedules and the financial information utilized under generally accepted accounting principles in the United States ("**GAAP**"), the aggregate asset values and claim amounts set forth in the Schedules may not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

4. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets. For these reasons, the Debtors may have indicated in the Schedules and SOFAs that the values of certain assets and liabilities are undetermined or unknown. Unless otherwise indicated, the Debtors generally used net book values in accordance with the Debtors' accounting books and records. Amounts ultimately realized may vary from net book value (or other ascribed value) and such variance may be material.

5. All amounts shown in the Schedules are reflected in U.S. dollars ("USD"). For all amounts not originally listed in the Debtors' books and records in USD, the Debtors used conversion rates as of March 27, 2026, except with respect to Part 2, Item 8, in which the Debtors used a conversion rate as of March 31, 2026. Amounts in SOFA Part 6 are in local currency where noted.

6. In reviewing and signing the Schedules and SOFAs, Amy Sullivan, a duly authorized and designated representative of the Debtors (the "**Authorized Representative**"), has necessarily relied upon the prior efforts, statements and representations of other former employees, independent contractors, agents, and professionals of the Debtors. The Authorized Representative has not (and could not have) personally verified the accuracy of each such statement and representation that collectively provide the information presented in the Schedules and SOFAs, including, but not limited to, statements and representations concerning amounts owed to creditors and their addresses.

7. The Debtors and their past or present directors, officers, employees, attorneys, professionals, and agents (including, but not limited to, the Authorized Representative), do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. The Debtors and their current and prior officers, employees, attorneys, professionals, and agents (including, but not limited to, the Authorized Representative) expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised, or re-categorized. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. In no event shall the Debtors or their prior officers, employees, attorneys, professionals and/or agents (including, but not limited to, the Authorized Representative) be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of any potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused arising from or related to any information provided herein or omitted herein.

60020539.6

8.      The Debtors reserve their rights to amend the Schedules and SOFAs as may be necessary or appropriate in the Debtors' sole and absolute discretion, including, but not limited to, the right to assert offsets or defenses to (which rights are expressly preserved), or to dispute, any claim reflected on the Schedules as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."  These Global Notes will apply to all such amendments.  Furthermore, nothing contained in the Schedules or SOFAs shall constitute a waiver of the Debtors' rights with respect to these chapter 7 cases and specifically with respect to any issues involving equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers, or an admission relating to the same.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

9.      Any failure to designate a claim listed on the Debtors' Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated."  Further, the claims of individual creditors are listed as the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors or setoffs applied by such creditors against amounts due by such creditors to the Debtors with respect to other transactions between them.  The Debtors reserve all of their rights with respect to any such credits and allowances.

10.      Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFAs, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or inadvertently omitted certain items. Accordingly, the Debtors reserve all of their rights to re-characterize, reclassify, re-categorize, re-designate, add, or delete items reported in the Schedules and SOFAs at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

11.      At times, the preparation of the Schedules and the SOFAs required the Debtors to make assumptions that may affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities, and/or other items.  Actual results could differ from those estimates.  Pursuant to Bankruptcy Rule 1009, the Debtors may amend their Schedules and SOFAs as they deem necessary and appropriate to reflect material changes.  In addition, the Debtors, for the benefit of their estates, reserve the right to dispute or to assert offsets or defenses to any claim listed on the Schedules or SOFAs.

12.      The Debtors have made their best efforts to set forth any known causes of action against third parties as assets in the Schedules and SOFAs.  The Debtors reserve all of their rights with respect to causes of action they may have, whether disclosed or not disclosed, and neither these Global Notes nor the Schedules and SOFAs shall be deemed a waiver of any such causes of action.

13.      The Debtors have used reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, the "**Guarantees**") in any executory contracts, unexpired leases, debt instruments, and other such agreements to which the Debtors are a party.  Where such

Guarantees have been identified, they have been included in Schedule H.  However, certain Guarantees may have been inadvertently omitted.

14.    In the circumstance where the Schedules and SOFAs require information regarding "insiders," the Debtors have included information with respect to the individuals who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.  Such individuals may no longer serve in such capacities.  Persons listed as "insiders" have been included for informational purposes only and the inclusion of them in the Schedules and SOFAs, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code.  The listing of a party as an insider in the Schedules and SOFAs is not intended to be, nor shall be, construed as a legal characterization or determination of such party as an actual insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved.

**Notes for Schedules of Assets and Liabilities**

**Schedule A/B – Real and Personal Property**

Part 1, Item 3 – Checking, Savings, Money Market, or Financial Brokerage Accounts.  Account balances are listed as of March 30, 2026.

Part 2, Item 8 – Prepayments.  Amounts paid by the Debtors to their bankruptcy counsel, Young Conaway Stargatt & Taylor, LLP; administrative advisor, Stretto, Inc.; and restructuring advisor, SierraConstellation Partners LLC, on an earned upon receipt basis do not constitute an interest of the Debtors in property and are thus not listed.  The amounts paid are listed in response to SOFA question 11.

Part 3, Item 11 – Accounts Receivable.  Total amounts listed reflect intercompany accounts receivable from non-debtor affiliate IO Biotech ApS owed to the Debtors.

Part 7, Items 38 through 41 – Office Furniture, Fixtures, and Equipment.  The Debtors have not verified the physical existence of all assets listed in response thereto and it is possible at least some assets may have been discarded, disposed of, or otherwise transferred or abandoned prior to the Petition Date.

Part 9, Item 55 – Real Property.  The Debtors do not own any real property, and all real estate interests listed under Item 55 represent leased real property with no leasehold improvements.

**Schedule E/F – Creditors Holding Unsecured Claims**

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves.  Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP.  Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date.

Part 1 – Creditors with Priority Unsecured Claims.  The Debtors believe that they are current on all tax obligations.  Certain amounts that may have accrued, but are not yet due and owing, have been omitted.

60020539.6

4

**Schedule G – Executory Contracts and Unexpired Leases**

While every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Omission of a contract, lease, or other agreement from Schedule G does not constitute an admission that such omitted contract, lease, or agreement is not an executory contract or unexpired lease. Schedule G may be amended at any time to add any omitted executory contracts, unexpired leases, and other agreements to which the Debtors are a party.

Out of an abundance of caution, the Debtors have listed all known contracts and leases on Schedule G. However, the contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments, and agreements that may not be listed therein.

The Debtors hereby reserve all of their rights to (i) dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and (ii) amend or supplement such Schedule as necessary. Furthermore, the Debtors reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on the Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or an unexpired lease.

## Notes for Statements of Financial Affairs

Part 2, Question 3 – Payments Within 90 Days of Petition Date. The Debtors have listed transfers made by the Debtors within 90 days of the Petition Date, except those made to insiders (which payments appear in response to Part 2, Question 4), ordinary compensation to employees (which are not required to be disclosed), and payments made to bankruptcy professionals (which payments appear in response to Part 6, Question 11).

Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders. The Debtors have listed payments to insiders in Part 2, Question 4 and such information is not duplicated in Part 13, Question 30.

Part 13, Question 31 – Consolidated Group for Tax Purposes. Debtor IO Bio US, Inc. files state tax returns on behalf of the Debtors as a consolidated group. Debtors IO Bio US, Inc. and IO Biotech, Inc., which are organized under the laws of Delaware, file individual federal tax returns.

***END OF GLOBAL NOTES***

**SCHEDULES AND STATEMENTS BEGIN ON THE FOLLOWING PAGE**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| IO BIO US, INC.,[1] | Case No. 26-10458 (JKS) |
| Debtor. | |

**SCHEDULES OF ASSETS AND LIABILITIES FOR**
**IO BIO US, INC. (26-10458)**

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: IO Biotech, Inc. (9276) and IO Bio US, Inc. (5623). The headquarters for the above-captioned Debtors is Ole Maaløes Vej 3, DK-2200 Copenhagen N, Denmark.

**Fill in this information to identify the case:**

Debtor name: IO Bio US, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 26-10458 (JKS)

☐ **Check if this is an amended filing**

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---:|
| 1a. **Real property:** Copy line 88 from Schedule A/B | $0.00 |
| 1b. **Total personal property:** Copy line 91A from Schedule A/B | $3,507,622.20 |
| 1c. **Total of all property:** Copy line 92 from Schedule A/B | $3,507,622.20 |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

$0.00

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---:|
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of Schedule E/F | $171,500.00 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | $30,471,501.64 |

| | |
|---|---:|
| **4. Total Liabilities** Lines 2 + 3a + 3b | $30,643,001.64 |

**Fill in this information to identify the case:**

Debtor name: IO Bio US, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 26-10458 (JKS)

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and Cash Equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | $0.00 |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| 3.1 JPMorgan Chase | Checking | 9861 | $8,987.00 |
| 3.2 Silicon Valley Bank | Checking | 7225 | $541,353.11 |
| 3.3 Silicon Valley Bank | Collateral - credit card program | 2142 | $200,000.00 |
| 3.4 Silicon Valley Bank | Collateral - LC | 4527 | $0.00 |
| **4. Other cash equivalents** *(Identify all)* | | | |
| 4.1 | | | $0.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $750,340.11 |
|---|---|

## Part 2:  Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|
| **7. Deposits, including security deposits and utility deposits**<br>Description, including name of holder of deposit | |
| 7.1  Letter of Credit, Twinline Owner LLC | $68,320.39 |
| **8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**<br>Description, including name of holder of prepayment | |
| 8.1 | $0.00 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

$68,320.39

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | **Current value of debtor's interest** |
|---|---|---|---|
| **11. Accounts receivable** | | | |
| 11a. 90 days old or less: | — | = ........ ➔ | $0.00 |
| | face amount | doubtful or uncollectible accounts | |
| 11b. Over 90 days old: $16,061,741.02 | — $16,061,741.02 | = ........ ➔ | $0.00 |
| | face amount | doubtful or uncollectible accounts | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$0.00

## Part 4:  Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 14.1 | | $0.00 |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                      % of ownership:

15.1

$0.00

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1

$0.00

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| $0.00 |
|---|

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 | | | | $0.00 |
| **20. Work in progress** | | | | |
| 20.1 | | | | $0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 | | | | $0.00 |
| **22. Other inventory or supplies** | | | | |
| 22.1 | | | | $0.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| $0.00 |
|---|

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes      Book value _____      Valuation method _____      Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 Desks, tables, chairs | $21,399.70 | Net Book Value | $21,399.70 |
| **40. Office fixtures** | | | |
| 40.1 | | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 | | | $0.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

$21,399.70

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 8:  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | $0.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | $0.00 |

**49. Aircraft and accessories**

49.1

_____    _____    _____    $0.00

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

50.1

_____    _____    _____    $0.00

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 9: | Real Property |

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1<br>Office Space - 430 East 29th Street, New York NY 10016 | Leasehold | $0.00 | None | $0.00 |
| 55.2<br>Office Space - 5640 Fishers Lane, Suite C, Rockville, MD 20852 | Leasehold | $0.00 | None | $0.00 |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

$0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 | | | $0.00 |
| **61. Internet domain names and websites** | | | |
| 61.1 | | | $0.00 |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 | | | $0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 | | | $0.00 |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 | | | $0.00 |
| **65. Goodwill** | | | |
| 65.1 | | | $0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 11:**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

Debtor    IO Bio US, Inc.
Name

Case number *(if known)* 26-10458 (JKS)

| | Current value of debtor's interest |
|---|---|

**71. Notes receivable**
Description (include name of obligor)

71.1

_____    _____    _____    =  ➔                                    $0.00
                    total face amount              - doubtful or uncollectible
                                                     amount

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 72.1 | Federal Form 1120X | Tax year | 2022 | $552,581.00 |
| 72.2 | Virginia Form 500 | Tax year | 2022 | $491.00 |
| 72.3 | Kansas Form K-120 | Tax year | 2022 | $497.00 |
| 72.4 | Massachusetts Form 355U | Tax year | 2022 | $11,529.00 |
| 72.5 | New York State Form CT-3A | Tax year | 2022 | $21,242.00 |
| 72.6 | New York City Form NYC-2A | Tax year | 2022 | $39,969.00 |
| 72.7 | Federal Form 1120X | Tax year | 2023 | $555,998.00 |
| 72.8 | Virginia Form 500 | Tax year | 2023 | $505.00 |
| 72.9 | Kansas Form K-120 | Tax year | 2023 | $109.00 |
| 72.10 | Massachusetts Form 355U | Tax year | 2023 | $77,156.00 |
| 72.11 | New York State Form CT-3A | Tax year | 2023 | $128,190.00 |
| 72.12 | New York City Form NYC-2A | Tax year | 2023 | $134,257.00 |
| 72.13 | Federal Form 1120X | Tax year | 2024 | $146,670.00 |
| 72.14 | Kentucky Form 720U | Tax year | 2024 | $350.00 |
| 72.15 | Florida Form F-1120 | Tax year | 2024 | $6,950.00 |
| 72.16 | Virginia Form VA-8453C | Tax year | 2024 | $10,560.00 |
| 72.17 | Federal Form 1120 | Tax year | 2024 | $980,508.00 |

**73. Interests in insurance policies or annuities**

73.1                                                                                                        $0.00

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1                                                                                                        $0.00

Nature of Claim

Amount requested

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1                                                                                                        $0.00

Nature of Claim

Amount requested

**76. Trusts, equitable or future interests in property**

76.1                                                                                                        $0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1                                                                                                        $0.00

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

|  |
|---|
| $2,667,562.00 |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $750,340.11 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $68,320.39 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $0.00 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $0.00 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |

**86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7.                    $21,399.70

**87. Machinery, equipment, and vehicles.** Copy line 51, Part 8.                    $0.00

**88. Real property. Copy line 56, Part 9.**    ➜    $0.00

**89. Intangibles and intellectual property.**. Copy line 66, Part 10.                    $0.00

**90. All other assets.** Copy line 78, Part 11.                    $2,667,562.00

**91. Total. Add lines 80 through 90 for each column**    91a.    $3,507,622.20        91b.    $0.00

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.                    $3,507,622.20

**Fill in this information to identify the case:**

Debtor name: IO Bio US, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 26-10458 (JKS)

☐ **Check if this is an amended filing**

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:** **List Creditors Who Have Claims Secured by Property**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of Claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

2.1

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $0.00

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $0.00

Debtor    IO Bio US, Inc.                                                    Case number *(if known)* 26-10458 (JKS)
          Name

| Part 2: | **List Others to Be Notified for a Debt That You Already Listed** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2">Debtor name: IO Bio US, Inc.</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: District of Delaware</td></tr>
<tr><td colspan="2">Case number: 26-10458 (JKS)</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1**

Ahmad, Qasim I (Address on File)

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Severance claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $450,777.60    Priority amount: $17,150.00

**2.2**

Brenner, Mitchell E (Address on File)

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Severance claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $24,973.00    Priority amount: $17,150.00

Debtor    IO Bio US, Inc.                                                                 Case number *(if known)* 26-10458 (JKS)
          Name

**2.3**

Clark, Adam M (Address on File)

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Severance claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$90,816.00          $17,150.00

**2.4**

Faulkner, Eric (Address on File)

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Severance claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$61,775.00          $17,150.00

**2.5**

Mannix, Daniel (Address on File)

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Severance claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$288,125.00          $17,150.00

2.6

Miyara, Faical (Address on File)

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is: $312,867.65    $17,150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Severance claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.7

Raible, Michael (Address on File)

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is: $93,868.00    $17,150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Severance claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.8

Shamsaei, Marjan (Address on File)

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is: $137,536.00    $17,150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Severance claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  IO Bio US, Inc.
Name

Case number *(if known)* 26-10458 (JKS)

2.9

Smith, Devin W (Address on File)

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Severance claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$354,525.00          $17,150.00

2.10

Sullivan, Amy (Address on File)

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Severance claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$461,800.00          $17,150.00

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1

Ahmad, Qasim I (Address on File)

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$433,627.60

**3.2**

ARE-East River Science Park, LLC
P.O. Box 975383
Dallas, TX 75397

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $262,266.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Landlord claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.3**

Brenner, Mitchell E (Address on File)

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $7,823.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.4**

Clark, Adam M (Address on File)

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $73,666.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.5**

Discovery Life Sciences
800 Hudson Way, Suite 1700
Huntsville, AL 35806

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $25,100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.6**

European Investment Bank
Attn: OPS/EGPF/2-DTLS/LSB
100 Boulevard Konrad Adenauer
L-2950
Luxembourg

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Guarantee claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$27,558,472.22

**3.7**

Faulkner, Eric (Address on File)

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Employee claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$44,625.00

**3.8**

Mannix, Daniel (Address on File)

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Employee claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$270,975.00

**3.9**

Miyara, Faical (Address on File)

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Employee claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$295,717.65

Debtor    IO Bio US, Inc.
          Name

Case number *(if known)* 26-10458 (JKS)

---

3.10

New Horizon Communications (NHC)
200 Baker Avenue Suite 300
Concord, MA 01742-2112

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$889.92

---

3.11

Raible, Michael (Address on File)

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$76,718.00

---

3.12

SAS Institute, Inc.
SAS Campus Drive
Cary, NC 27513

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$98,153.88

---

3.13

Secure Waste Inc
P.O. Box 457
Damascus, MD 20872

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$343.79

**3.14**

Shamsaei, Marjan (Address on File)

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $120,386.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.15**

Smith, Devin W (Address on File)

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $337,375.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.16**

Sullivan, Amy (Address on File)

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $444,650.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.17**

Twinline Owner LLC
190 Manhattan Dr
Boulder CO
80303

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $417,392.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Landlord Claim

**Is the claim subject to offset?**
☐ No

☑ Yes

3.18

World Courier Inc (US)
1313 Fourth Avenue
New Hyde, NY 11040

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $3,320.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade claim

**Is the claim subject to offset?**
☑ No

☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line | |
| | ☐ Not listed. Explain | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $171,500.00 |
| 5b. **Total claims from Part 2** | 5b. | $30,471,501.64 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $30,643,001.64 |

**Fill in this information to identify the case:**

Debtor name: IO Bio US, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 26-10458 (JKS)

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

| Schedule G: | Executory Contracts and Unexpired Leases |
|---|---|

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** <br><br> Separation Agreement | Ahmad, Qasim (Address on File) |
| 2.2 **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** <br><br> Material Transfer Agreement | American Type Culture Collection <br> Attn: Contracts <br> 10801 University Blvd <br> Manassas, VA 20110 |
| 2.3 **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** <br><br> Shared Space Agreement for 430 East 29th Street, New York NY 10016 | Aquilo Partners, L.P. <br> Attn: John Rumsey, Managing Director <br> 601 California Street, 5th Floor <br> San Francisco, CA 94108 |

| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement dated as of October 28, 2021 for 430 East 29th Street, New York NY 10016 as Amended | ARE-East River Science Park, LLC |
| | **State the term remaining** | | P.O. Box 975383 |
| | **List the contract number of any government contract** | | Dallas, TX 75397 |

| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | Employee Severance Agreement | Brenner, Mitch (Address on File) |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Independent Consulting Agreement | Brenner, Mitchell E (Address on File) |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Employee Severance Agreement | Clark, Adam (Address on File) |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Independent Consulting Agreement | Clark, Adam (Address on File) |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Separation Agreement | Faulkner, Eric (Address on File) |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Separation Agreement | Mannix, Dan (Address on File)
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Separation Agreement | Miyara, Faiçal (Address on File)
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Cloud services Subscription Agreement (NetSuite ERP and related modules) | Oracle America, Inc. 2300 Oracle Way Austin, TX 78741
| **State the term remaining** | |
| **List the contract number of any government contract** | 1752041 |

2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Employee Severance Agreement | Raible, Michael (Address on File)
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | Independent Consulting Agreement | Raible, Michael (Address on File)
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | Separation Agreement | Shamsaei, Marjan (Address on File)
| **State the term remaining** | |
| **List the contract number of any government contract** | |

| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | Employee Severance Agreement | Smith, Devin (Address on File) |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | Independent Consulting Agreement | Smith, Devin (Address on File) |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | Employee Severance Agreement | Sullivan, Amy (Address on File) |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | Independent Consulting Agreement | Sullivan, Amy (Address on File) |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement for 5640 Fishers Lane, Suite C, Rockville, MD 20852 | Twinline Owner LLC 190 Manhattan Dr Boulder CO 80303 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | Independent Consulting Agreement | Zocca, Mai-Britt (Address on File) |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name: IO Bio US, Inc.<br><br>United States Bankruptcy Court for the: District of Delaware<br><br>Case number: 26-10458 (JKS)</td></tr>
</table>

☐ **Check if this is an amended filing**

# Official Form 206H
## Schedule H: Codebtors

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1<br>IO Biotech, Inc. | IO Biotech, Inc.<br>Ole Maaløes Vej 3<br>Copenhagen N DK-2200<br>Denmark | European Investment Bank | ☐ D<br>☑ E/F<br>☐ G |
| 2.2<br>IO Biotech ApS | IO Biotech ApS<br>Ole Maaløes Vej 3<br>Copenhagen N DK-2200<br>Denmark | European Investment Bank | ☐ D<br>☑ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name: IO Bio US, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 26-10458 (JKS)

☐ **Check if this is an amended filing**

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____
declaration

I declare under penalty of perjury that the foregoing is true and correct.

| 03/31/2026 | /s/ Amy Sullivan |
|---|---|
| Executed on | Signature of individual signing on behalf of debtor |
| | Amy Sullivan |
| | Printed name |
| | Chief Financial Officer |
| | Position or relationship to debtor |